IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GILBERT R. RAYNOR,
    Plaintiff,

v.                                    Civil No. 3:25cv37 (DJN)

THE UNITED STATES OF AMERICA, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on January 29, 2025, the Court conditionally docketed Plaintiff's action. At that time, the Court informed Plaintiff that he must keep the Court advised of his current address. On March 28, 2025, the United States Postal Service returned a March 11, 2025 Memorandum Order to the Court marked "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                              /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Date: <u>April 8, 2025</u>